UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

JOHN DEREK MURPHY,

       Petitioner,

vs.

MICHAEL THOMPSON,
Superintendent, MCI Shirley,

       Respondent.

------------------------------------------------x

Civil Action No. 05-10548-JLT

FILED
CLERKS OFFICE
2005 APR -8 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

## RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH
## THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent Michael Thompson moves that he be permitted to file the accompanying Motion for Extension of Time and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the Massachusetts Correctional Institute at Shirley, in the care of the Massachusetts Department of Corrections, and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Extension of Time and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

MICHAEL THOMPSON,
Superintendent, MCI Shirley,

By his attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: April 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of April, 2005, served a true and accurate copy of the foregoing pleading on the petitioner, John Derek Murphy, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: John Derek Murphy, Prisoner No. W68679, M.C.I. Shirley, Post Office Box 1218, Shirley, Massachusetts, 01464.

/s/ Maura D. McLaughlin
Maura D. McLaughlin