UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

JOHN DEREK MURPHY,

        Petitioner,

vs.

MICHAEL THOMPSON,
Superintendent, MCI Shirley,

        Respondent.

-----------------------------------------------x

Civil Action No.  05-10548-JLT

## NOTICE OF WITHDRAWAL OF
## MOTION FOR LEAVE TO DISPENSE WITH
## THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

    Respondent Michael Thompson hereby gives notice of the withdrawal of his motion for leave to dispense with the conference requirement of Local Rule 7.1.

        Respectfully submitted,

        MICHAEL THOMPSON,
        Superintendent, MCI Shirley,

        By his attorney,

        THOMAS F. REILLY,
        ATTORNEY GENERAL

        <u>/s/ Maura D. McLaughlin</u>
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2857
        BBO # 634923

Dated:  April 12, 2005