UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DEREK MURPHY,
Petitioner

CIVIL ACTION
NO. 05-10548-JLT

v.

MICHAEL A. THOMPSON,
MCI SHIRLEY, SUPERINTENDENT
Respondent

### NOTICE OF APPEARANCE

Please enter my appearance for the Petitioner John Derek Murphy in the above captioned matter.

Respectfully submitted,

_____
Angela G. Lehman, BBO #567411
18 Tremont Street, Suite 902
Boston, MA 02108
617-399-67209

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the within Notice of Appearance to AAG Maura McLaughlin, Criminal Bureau, One Ashburton Place, Boston, MA 02108 on April 13, 2005.

_____
Angela G. Lehman