# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-10548-JLT

I, JOHN D. MURPHY _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration MCI SHIRLEY medium security
   Are you employed at the institution? NO   Do you receive any payment from the _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   LAST employment 1999 Prior to incarceration.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☒ Yes   ☐ No
   f. Any other sources                                 ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

*Received Monies as gifts throughout my incarcerations. This is used for hygiene products and canteen.*

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. *$178.93 in institutional account.*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   *N/A*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *None*

I declare under penalty of perjury that the above information is true and correct.

*03-17-05*
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050316 09:50

Commit# : W68679
Name : MURPHY, JOHN, D.
Inst : MCI SHIRLEY (MEDIUM)
Block : B-1
Cell/Bed : 6/6T

MCI SHIRLEY (MEDIUM)    Page : 1
Statement From  20041001
To  20050316

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $4,956.39 | $4,925.14 | $0.00 | $0.00 |
| 20041004 08:59 | VI - Visitation | 3450227 | | SHI | ~POSTAL 07269319754 PO 021291 ~BARRETT, JOANN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041005 22:30 | CN - Canteen | 3462146 | | SHI | ~Canteen Date : 20041005 | $0.00 | $30.64 | $0.00 | $0.00 |
| 20041012 22:30 | CN - Canteen | 3493670 | | SHI | ~Canteen Date : 20041012 | $0.00 | $49.89 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503827 | | SHI | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20041019 22:30 | CN - Canteen | 3539234 | | SHI | ~Canteen Date : 20041019 | $0.00 | $30.99 | $0.00 | $0.00 |
| 20041020 13:57 | IC - Transfer from Inmate to Club A/c | 3544591 | | SHI | ~APPLIANCE ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20041022 08:00 | ML - Mail | 3559099 | | SHI | ~POSTAL# 07594733643~BARRETT, JOANN, , | $75.00 | $0.00 | $0.00 | $0.00 |
| 20041022 08:00 | MA - Maintenance and Administration | 3559100 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649507 | | SHI | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20041122 12:27 | EX - External Disbursement | 3708039 | 46793 | SHI | ~COURT DOCUMENTS~BOSTON MUNICIPAL COURT | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041122 12:27 | MA - Maintenance and Administration | 3708040 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 14:55 | IC - Transfer from Inmate to Club A/c | 3776110 | | SHI | ~PHOTOS~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782583 | | SHI | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20041210 09:07 | VI - Visitation | 3813909 | | SHI | ~CVS PHARMACY /TRAV EXP 53203556351 ~BARRETT, JOANN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041210 09:07 | MA - Maintenance and Administration | 3813910 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041221 12:00 | IC - Transfer from Inmate to Club A/c | 3861064 | | SHI | ~PROPERTY/ MAIL OUT BOOKS $4.75 & $5.63~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $10.38 | $0.00 | $0.00 |
| 20041230 12:46 | EX - External Disbursement | 3913418 | 47288 | SHI | ~PUBLICATION~ORLANDO SENTINEL | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050112 09:15 | EX - External Disbursement | 3964543 | 47409 | SHI | ~GIFT~JOANN M. BARRETT | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050112 09:15 | MA - Maintenance and Administration | 3964544 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:00 | IS - Interest | 3983641 | | SHI | | $0.35 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112706 | | SHI | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050308 22:30 | CN - Canteen | 4246017 | | SHI | ~Canteen Date : 20050308 | $0.00 | $18.29 | $0.00 | $0.00 |
| 20050311 08:08 | ML - Mail | 4266080 | | SHI | ~TRAV EXP# 46149298034~BARRETT, JOANN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:08 | MA - Maintenance and Administration | 4266081 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050311 08:20 | VI - Visitation | 4266184 | | SHI | ~FLEET# 5000146814~MURPHY, JOHN, D. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050315 09:30 | CI - Transfer from Club to Inmate A/c | 4270350 | | SHI | ~CANTEEN REFUND 3/8/05~W68679 MURPHY,JOHN D PERSONAL~KCN WASH ACCOUNT - Z5 | $18.29 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050316 09:50

| Commit# : | W68679 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | MURPHY, JOHN, D, | | | MCI SHIRLEY (MEDIUM) | | | | Page : | 2 |
| Inst : | MCI SHIRLEY (MEDIUM) | | | Statement From | 20041001 | | | | |
| Block : | B-1 | | | To | 20050316 | | | | |
| Cell/Bed : | 6/B/T | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20050315 16:53 | IS - Interest | 4283775 | | SHI | | $0.13 | $0.00 | $0.00 | $0.00 |
| | | | | | | $394.37 | $277.69 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $147.93 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $147.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI SHIRLEY (MEDIUM)

Date: 2005 0315 09:42:11

Inmate Receipt

Receipt # 4276350

| Field | Value |
|---|---|
| Institution : | MCI SHIRLEY (MEDIUM) |
| Unit : | B-1 |
| Block: | 6 |
| Commit # : | W68679 |
| Name : | MURPHY, JOHN, D |
| Type Of Transaction : | CI - Transfer from Club to Inmate A/c |
| Date of Transaction : | 20050315 |
| Source : | |
| External Contact : | |
| Amount : | $ 18.29 |
| Comments : | CANTEEN REFUND 3/8/05 |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 147.80 | .00 | .00 | .00 | .00 | .00 |

Page 2