UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DEREK MURPHY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10548-JLT |
| MICHAEL A. THOMPSON, | ) | |
| Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

## **SCHEDULING ORDER**

The court being in receipt of the Petitioner's Memorandum of Law and the Respondent's Answer and Supplemental Answer in the above matter, it is hereby ORDERED that the Respondent's memorandum of law in opposition to the petition for writ of habeas corpus shall be filed with the court on or before August 31, 2005. The Petitioner's reply, if any, shall be filed on or before September 30, 2005.

                                                                     / s / Judith Gail Dein
                                                                     Judith Gail Dein
                                                                      United States Magistrate Judge

DATED: June 29, 2005