UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>JOHN DEREK MURPHY,</u>**
         **Petitioner,**

                                    Civil Action
v.                          No. 05-10548-JLT

**<u>MICHAEL THOMPSON, SUPERINTENDENT,</u>**
         **Respondent.**

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915; it is ORDERED that:**

☐    **The application to proceed without prepayment of fees is GRANTED.**

☒    **It is FURTHER ORDERED that the application is DENIED as MOOT. The Court's records indicate petitioner paid the $5.00 filing fee on March 23, 2005.**

<u>7/11/05</u>                      <u>/s/ Judith Gail Dein</u>
**DATE**                       **UNITED STATES MAGISTRATE JUDGE**

(ifphabe.ord - 9/20/96)                                          [oifphc.]