# Angela G. Lehman
*Attorney at Law*

P.O. Box 1527
Somerville, MA 02144
(617) 625-0807 Office
(617) 823-7778 Cell
(866) 540-5171 Fax
aglehman@aol.com

Zita Lovett, Clerk to the Honorable Judge Tauro
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE: <u>Murphy v. Thompson</u>, Docket 05-10548-JLT

Dear Madam:

    This letter is to notify you that my office address has changed effective immediately. Please send all future correspondence regarding the defendant John Derek Murphy to the above address. My email address at aglehman@aol.com remains the same.

                                             Sincerely,

                                             Angela G. Lehman

cc:    AAG Maura McLaughlin