UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

JOHN DEREK MURPHY,

                                    Civil Action No.  05-10548-JLT

          Petitioner,

vs.

MICHAEL THOMPSON,
Superintendent, MCI Shirley,

           Respondent.
-----------------------------------------------x

### ASSENTED-TO MOTION TO ACCEPT
### RESPONDENT'S MEMORANDUM OF LAW AS TIMELY FILED

      The respondent, Michael Thompson, with the assent of counsel for the petitioner, John D. Murphy, hereby moves this Court to accept his memorandum of law, filed this day, as timely filed.  As grounds for this motion, the respondent states that pursuant to the Court's scheduling order, the respondent's memorandum was due to be filed yesterday, August 31, 2005.  The respondent has filed the memorandum electronically today, September 1, 2005.  Accepting the memorandum one day late will not unduly delay this case and will not cause prejudice to any party.  Moreover, counsel for the petitioner has assented to this motion.

      WHEREFORE, the respondent respectfully requests that this Court accept his memorandum of law, filed this day, as timely filed.

Respectfully submitted,

MICHAEL THOMPSON,
Superintendent, MCI Shirley,

By his attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Assented:

/s/ Angela G. Lehman, Esq. (by MDM)
Angela G. Lehman, Esq.
Counsel for the petitioner
P.O. Box 1527
Somerville, Massachusetts  02144

Dated: September 1, 2005

2