UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DEREK MURPHY
    Petitioner

vs.

Case No. 05-10548-JLT

Michael A Thompson,
MCI Shirley, Superintendent
    Respondent

### ASSENTED TO MOTION TO ACCEPT PETITIONER'S REPLY AS TIMELY FILED

    The Petitioner John Derek Murphy, with the assent of counsel for the Respondent Michael Thompson, hereby moves this Court to accept his Reply, filed this day, as timely filed. As grounds for this motion, the Petitioner states that pursuant to his Motion for Additional Time to File the Reply, this Reply was due October 11, 2005. The Petitioner has filed the Reply in hand today October 12, 2005. Accepting the Reply one day late will not unduly delay this case and will not cause prejudice to any party. Moreover, Respondent's counsel has assented to this motion.

    Wherefore, the Petitioner respectfully requests that this Court accept this Reply filed today as timely.

Respectfully submitted,

_____
Angela G. Lehman
BBO 567411
P.O. Box 1527
Somerville, MA 02144
617-625-0807

Date: October 12, 2005