FILED 5, 2006
IN CLERKS OFFICE

2006 MAY -8 P 3: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk of Courts
U.S. Dist Ct of Massachusetts
John Joseph Moakley U.S. Chse
One Courthouse Way
Boston MA 02110

Re:    Civil Action # 05-10548-JLT
       John Doe-Murphy v Michael Thompson

Dear Clerk,

Pursuant to the Freedom of Information Act 5 USC Section 552(a) I am respectfully requesting a copy of my docket entry sheet for the above-captioned matter.

Thank you for your attention in this regard.

Respectfully,

John D Murphy
CCCC # W68619
1 Administration Rd
Bridgewater MA 02324-3230

cc FILE