UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DEREK MURPHY, | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 05-10548-JLT |
| | * | |
| MICHAEL THOMPSON | * | |
| Superintendent, MCI Shirley | * | |
| Respondent. | * | |

## ORDER

June 28, 2007

TAURO, J.

After considering the filings in the case, the court hereby orders:

1. The April 27, 2007, Report and Recommendation of U.S.M.J. Dein is ACCEPTED AND ADOPTED.

2. Petitioner's Petition for a Writ of Habeas Corpus [#1] is DENIED..

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge