UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DEREK MURPHY,<br>Petitioner | CIVIL ACTION<br>NO. 05-10548-JLT |
| v. |  |
| MICHAEL A. THOMPSON,<br>MCI SHIRLEY, SUPERINTENDENT<br>Respondent |  |

## NOTICE OF APPEAL

The petitioner, John Derek Murphy, hereby appeals the decision of the District Court to accept the Report and Recommendation of Magistrate Judge Dein denying his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

Respectfully submitted,

/s/ Angela G. Lehman
Angela G. Lehman, BBO #567411
P.O. Box 1527
Somerville, MA 02144
617-625-0807
Aglehman@aol.com

## CERTIFICATE OF SERVICE

I, Angela G. Lehman, do hereby certify that the Petitioner's Notice of Appeal filed through the ECF system will be sent electronically in accordance with Local Rules 5.2(b) and 5.4 to AAG Susanne Reardon, Criminal Bureau, One Ashburton Place, Boston, MA 02108 on July 12, 2007 and by First Class mail to John Derek Murphy, #W68679, OCCC, 1 Administration Road, Bridgewater MA 02324-3230.

/s/ *Angela G. Lehman*
Angela G. Lehman