UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DEREK MURPHY,
Petitioner

CIVIL ACTION
NO. 05-10548-JLT

v.

MICHAEL A. THOMPSON,
MCI SHIRLEY, SUPERINTENDENT
Respondent

**MOTION FOR LEAVE TO PROCEED WITH HIS APPEAL
*IN FORMA PAUPERIS* PURSUANT TO F.R.A.P. 24 (a)(3).**

Now comes the Petitioner John Derek Murphy in the above captioned matter and respectfully requests that the Court allow him to proceed with his appeal and the filing of his certificate of appealability *in forma pauperis*. As reason therefore the Petitioner attaches an Affidavit in support as well as a recent Inmate Transaction report which indicates that as of July 17, 2007 he continues to be indigent. The Petitioner has been almost continuously incarcerated since 1994. The Petitioner was previously allowed to file his 2254 petition *in forma pauperis* by this Court.

Respectfully submitted,

_____
Angela G. Lehman, BBO #567411
P.O. Box 1527
Somerville, MA 02144
617-625-0807

**CERTIFICATE OF SERVICE**

I, Angela G. Lehman, do hereby certify that the MOTION FOR LEAVE TO PROCEED WITH HIS APPEAL *IN FORMA PAUPERIS* PURSUANT TO F.R.A.P. 24 (a)(3) with attachments has been mailed to AAG Maura McLaughlin, Criminal Bureau, One Ashburton Place, Boston, MA 02108 on August 22, 2007.

_____
Angela G. Lehman

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-10548-JLT
Appeal No. 07-2191

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _[signature]_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: July 31, 2007 |

My issues on appeal are:

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 3.00 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Gifts | $ 120.— | $ N/A | $ 100.— | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): ___ | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total Monthly income:** | $ 120.— | $ N/A | $ 100.— | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| T.J.X Co. | NATICK | 1993 ended | $1600.— |
| INCArcerated | 1994 thur 1999 & 2000 To DATE | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

2

4.  How much cash do you and your spouse have? $ 198.80

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ 0 | $ N/A |
| | | $ 0 | $ N/A |
| | | $ 0 | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.  List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | NONE | | Make & year: NONE Model: Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: Model: Registration#: | N/A | NONE | | NONE | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |

7.  State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| LORI BARRETT | SISTER | 46 |
| NONE | NONE | NONE |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are any real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 70.— | $ N/A |
| Clothing | $ 10.— | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|    Homeowner's or renter's | $ 0 | $ N/A |
|    Life | $ 0 | $ N/A |
|    Health | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Other: hygiene products | $ 20.— | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Credit card (name): N/A | $ 0 | $ N/A |
|    Department store (name): N/A | $ 0 | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

Alimony, maintenance, and support paid to others $ 0       $ N/A

Regular expenses for operations of business, profession, $ 0       $ N/A
or farm (attach detailed statement)

Other (specify): _____NONE_____ $ 0       $ N/A

**Total monthly expenses:** $ 100.-   $ 0

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
N/A

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I've been incarcerated since 1994 with the exception of six months (01-99 to 07-99)

5

13. State the address of your legal residence.

    4 High ST

    EVERETT, MA. 02149

Your daytime phone number: (   ) N/A.

Your age: 39    Your years of schooling: 12

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070724 08:43

| Commit# : | W68679 | | | | OLD COLONY CORRECTIONAL CENTER | | | Page: | 1 |
| Name : | MURPHY, JOHN, D. | | | | Statement From | 20070201 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20070724 | | | |
| Block : | DAWES II | | | | | | | | |
| Cell/Bed : | M18 /T | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $13,586.75 | $13,533.33 | $0.00 | $0.00 |
| 20070201 09:17 | EX - External Disbursement | 8138983 | 115272 | OCC | ~FREE WORLD NETWORK | $0.00 | $20.00 | $0.00 | $0.00 |
| 20070201 09:17 | MA - Maintenance and Administration | 8138985 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070202 13:27 | ML - Mail | 8147847 | | STH | ~JOANN BARRETT | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070202 13:27 | TI - Transfer from Institution | 8147848 | | STH | ~Associate Receipt Number is 8147847 | $0.00 | $100.00 | $0.00 | $0.00 |
| 20070202 13:27 | TI - Transfer from Institution | 8147849 | | OCC | ~Associate Receipt Number is 8147847 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070207 22:30 | CN - Canteen | 8178608 | | OCC | ~Canteen Date : 20070205 | $0.00 | $31.40 | $0.00 | $0.00 |
| 20070212 16:01 | IS - Interest | 8200967 | | OCC | | $0.71 | $0.00 | $0.00 | $0.00 |
| 20070212 22:30 | CN - Canteen | 8214666 | | OCC | ~Canteen Date : 20070212 | $0.00 | $59.86 | $0.00 | $0.00 |
| 20070220 22:30 | CN - Canteen | 8256054 | | OCC | ~Canteen Date : 20070220 | $0.00 | $40.62 | $0.00 | $0.00 |
| 20070226 12:37 | ML - Mail | 8281469 | | STH | ~JOANN BARRETT | $160.00 | $0.00 | $0.00 | $0.00 |
| 20070226 12:37 | TI - Transfer from Institution | 8281471 | | OCC | ~Associate Receipt Number is 8281469 | $160.00 | $0.00 | $0.00 | $0.00 |
| 20070226 12:37 | TI - Transfer from Institution | 8281470 | | STH | ~Associate Receipt Number is 8281469 | $0.00 | $160.00 | $0.00 | $0.00 |
| 20070307 22:30 | CN - Canteen | 8347620 | | OCC | ~Canteen Date : 20070307 | $0.00 | $58.18 | $0.00 | $0.00 |
| 20070308 08:03 | IC - Transfer from Inmate to Club A/c | 8347991 | | OCC | ~OCCC RATIONAL RECOVERY - Z83~OCCC RATIONAL RECOVERY - Z83 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20070308 08:44 | CI - Transfer from Club to Inmate A/c | 8348438 | | OCC | ~REFUND 3/7/07~W68679 MURPHY,JOHN D PERSONAL~KCN WASH ACCOUNT - Z5 | $1.05 | $0.00 | $0.00 | $0.00 |
| 20070308 08:44 | TI - Transfer from Institution | 8348439 | | STH | ~Associate Receipt Number is 8348438 | $0.00 | $1.05 | $0.00 | $0.00 |
| 20070308 08:44 | TI - Transfer from Institution | 8348440 | | OCC | ~Associate Receipt Number is 8348438 | $1.05 | $0.00 | $0.00 | $0.00 |
| 20070312 13:54 | ML - Mail | 8363327 | | STH | ~LORI BARRETT | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070312 13:54 | MA - Maintenance and Administration | 8363329 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070312 13:54 | TI - Transfer from Institution | 8363331 | | STH | ~Associate Receipt Number is 8363327 | $0.00 | $39.00 | $0.00 | $0.00 |
| 20070312 13:54 | TI - Transfer from Institution | 8363332 | | OCC | ~Associate Receipt Number is 8363327 | $39.00 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8380073 | | OCC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20070320 22:30 | CN - Canteen | 8423524 | | OCC | ~Canteen Date : 20070320 | $0.00 | $59.14 | $0.00 | $0.00 |
| 20070326 13:57 | ML - Mail | 8450103 | | STH | ~JOANN BARRETT | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070326 13:57 | TI - Transfer from Institution | 8450104 | | STH | ~Associate Receipt Number is 8450103 | $0.00 | $100.00 | $0.00 | $0.00 |
| 20070326 13:57 | TI - Transfer from Institution | 8450105 | | OCC | ~Associate Receipt Number is 8450103 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070326 14:08 | ML - Mail | 8450255 | | STH | ~NO DONOR MO#1760062140 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070326 14:08 | TI - Transfer from Institution | 8450258 | | STH | ~Associate Receipt Number is 8450255 | $0.00 | $20.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20070724 08:43

| Commit# : | W68679 | | | OLD COLONY CORRECTIONAL CENTER | | | Page : 2 |
|---|---|---|---|---|---|---|---|
| Name : | MURPHY, JOHN, D. | | | Statement From | 20070201 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20070724 | | |
| Block : | DAWES II | | | | | | |
| Cell/Bed : | M18 /T | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070326 14:08 | TI - Transfer from Institution | 8450259 | | OCC | ~Associate Receipt Number is 8450255 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070403 22:30 | CN - Canteen | 8497529 | | OCC | ~Canteen Date : 20070402 | $0.00 | $59.40 | $0.00 | $0.00 |
| 20070410 22:30 | CN - Canteen | 8540116 | | OCC | ~Canteen Date : 20070410 | $0.00 | $59.93 | $0.00 | $0.00 |
| 20070411 10:08 | IC - Transfer from Inmate to Club A/c | 8541379 | | OCC | ~OCCC CATHOLIC CHURCH - Z164~OCCC CATHOLIC CHURCH - Z164 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20070413 12:58 | ML - Mail | 8561395 | | STH | ~JOANN BARRETT | $110.00 | $0.00 | $0.00 | $0.00 |
| 20070413 12:58 | MA - Maintenance and Administration | 8561397 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070413 12:58 | TI - Transfer from Institution | 8561399 | | STH | ~Associate Receipt Number is 8561395 | $0.00 | $109.00 | $0.00 | $0.00 |
| 20070413 12:58 | TI - Transfer from Institution | 8561400 | | OCC | ~Associate Receipt Number is 8561395 | $109.00 | $0.00 | $0.00 | $0.00 |
| 20070417 22:30 | CN - Canteen | 8574993 | | OCC | ~Canteen Date : 20070417 | $0.00 | $59.17 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8595078 | | OCC | | $0.87 | $0.00 | $0.00 | $0.00 |
| 20070424 22:30 | CN - Canteen | 8626649 | | OCC | ~Canteen Date : 20070424 | $0.00 | $59.60 | $0.00 | $0.00 |
| 20070501 22:30 | CN - Canteen | 8662607 | | OCC | ~Canteen Date : 20070501 | $0.00 | $44.95 | $0.00 | $0.00 |
| 20070508 12:48 | ML - Mail | 8698847 | | STH | ~BARRETT, LORI, , | $210.00 | $0.00 | $0.00 | $0.00 |
| 20070508 12:48 | MA - Maintenance and Administration | 8698849 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070508 12:48 | TI - Transfer from Institution | 8698851 | | STH | ~Associate Receipt Number is 8698847 | $0.00 | $209.00 | $0.00 | $0.00 |
| 20070508 12:48 | TI - Transfer from Institution | 8698852 | | OCC | ~Associate Receipt Number is 8698847 | $209.00 | $0.00 | $0.00 | $0.00 |
| 20070508 22:30 | CN - Canteen | 8701429 | | OCC | ~Canteen Date : 20070508 | $0.00 | $20.17 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8711506 | | OCC | | $0.77 | $0.00 | $0.00 | $0.00 |
| 20070515 22:30 | CN - Canteen | 8758679 | | OCC | ~Canteen Date : 20070515 | $0.00 | $58.50 | $0.00 | $0.00 |
| 20070522 22:30 | CN - Canteen | 8792806 | | OCC | ~Canteen Date : 20070522 | $0.00 | $55.19 | $0.00 | $0.00 |
| 20070605 22:30 | CN - Canteen | 8864510 | | OCC | ~Canteen Date : 20070605 | $0.00 | $58.73 | $0.00 | $0.00 |
| 20070607 10:07 | CI - Transfer from Club to Inmate A/c | 8880230 | | OCC | ~CANTEEN REFUND 6/6/07~W68679 MURPHY,JOHN D PERSONAL~KCN WASH ACCOUNT - Z5 | $1.80 | $0.00 | $0.00 | $0.00 |
| 20070607 10:07 | TI - Transfer from Institution | 8880232 | | OCC | ~Associate Receipt Number is 8880230 | $1.80 | $0.00 | $0.00 | $0.00 |
| 20070607 10:07 | TI - Transfer from Institution | 8880231 | | STH | ~Associate Receipt Number is 8880230 | $0.00 | $1.80 | $0.00 | $0.00 |
| 20070607 12:56 | ML - Mail | 8881778 | | STH | ~BARRETT, JO-ANN, , | $125.00 | $0.00 | $0.00 | $0.00 |
| 20070607 12:56 | TI - Transfer from Institution | 8881783 | | OCC | ~Associate Receipt Number is 8881778 | $124.00 | $0.00 | $0.00 | $0.00 |
| 20070607 12:56 | MA - Maintenance and Administration | 8881780 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070607 12:56 | TI - Transfer from Institution | 8881782 | | STH | ~Associate Receipt Number is 8881778 | $0.00 | $124.00 | $0.00 | $0.00 |
| 20070612 22:30 | CN - Canteen | 8904968 | | OCC | ~Canteen Date : 20070612 | $0.00 | $59.53 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20070724 08:43

| | | |
|---|---|---|
| **Commit# :** | W68679 | **OLD COLONY CORRECTIONAL CENTER** |
| **Name :** | MURPHY, JOHN, D, | **Statement From** 20070201 |
| **Inst :** | OLD COLONY CORRECTIONAL CENTER | **To** 20070724 |
| **Block :** | DAWES II | |
| **Cell/Bed :** | M18 /T | |

Page: 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070614 15:58 | IS - Interest | 8925092 | | OCC | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20070626 22:30 | CN - Canteen | 8992384 | | OCC | ~Canteen Date : 20070626 | $0.00 | $58.70 | $0.00 | $0.00 |
| 20070705 13:32 | ML - Mail | 9044961 | | STH | ~BARRETT, JO-ANN, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20070705 13:32 | TI - Transfer from Institution | 9044966 | | OCC | ~Associate Receipt Number is 9044961 | $149.00 | $0.00 | $0.00 | $0.00 |
| 20070705 13:32 | TI - Transfer from Institution | 9044965 | | STH | ~Associate Receipt Number is 9044961 | $0.00 | $149.00 | $0.00 | $0.00 |
| 20070705 13:32 | MA - Maintenance and Administration | 9044963 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070710 22:30 | CN - Canteen | 9070468 | | OCC | ~Canteen Date : 20070710 | $0.00 | $59.10 | $0.00 | $0.00 |
| 20070711 15:53 | IS - Interest | 9077951 | | OCC | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20070717 13:25 | CI - Transfer from Club to Inmate A/c | 9120720 | | OCC | ~CANTEEN REFUND 7/9/07~W68679 MURPHY,JOHN D PERSONAL~KCN WASH ACCOUNT - Z5 | $59.10 | $0.00 | $0.00 | $0.00 |
| 20070717 13:25 | TI - Transfer from Institution | 9120721 | | STH | ~Associate Receipt Number is 9120720 | $0.00 | $59.10 | $0.00 | $0.00 |
| 20070717 13:25 | TI - Transfer from Institution | 9120722 | | OCC | ~Associate Receipt Number is 9120720 | $59.10 | $0.00 | $0.00 | $0.00 |
| | | | | | | $2,152.50 | $2,007.12 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $198.80 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $198.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |