```
UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
                                      CIVIL ACTION No.
                                      05-10548-JLT
JOHN DEREK MURPHY,
          Petitioner

v.

MICHAEL THOMPSON,
Superintendent, MCI-Shirley
          Respondent
```

## Petitioner John Derek Murphy's Application For A Certificate of Appealability

The Petitioner John Derek Murphy ("Murphy" or "Petitioner") respectfully moves that this Court grant him a certificate of appealability (COA) pursuant to 28 U.S.C. § 2253. Murphy seeks a COA as to this Court's dismissal of his habeas corpus petition. The issue for which Murphy seeks a COA is the trial court's failure to dismiss a juror or declare a mistrial after the juror disclosed that he had a conversation with Murphy's other defense attorney about Murphy's other similar criminal case. Murphy has attached a brief memorandum that sets forth the reasons for granting the COA.

Respectfully submitted,

/s/*Angela G. Lehman*
Angela G. Lehman, BBO 567411
P.O. Box 1527
Somerville, MA 02144
617-625-0807
Aglehman@aol.com

Date: September 21, 2007