```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

JOHN DEREK MURPHY,             )
                               )
          Petitioner,          )
                               )
     v.                        )    C.A. No. 05-10548-JLT
                               )
MICHAEL A. THOMPSON,           )
                               )
          Respondent.          )
```

ORDER ON MOTION TO PROCEED IFP ON APPEAL

Petitioner filed his petition for writ of habeas corpus on March 23, 2005, and paid the $5.00 filing fee. See Docket. On April 14, 2005, petitioner filed a fee-waiver application, which was denied as moot on July 11, 2005. See Docket No. 15. By Order dated June 28, 2007, petitioner's Petition was denied. See Docket No. 26. On July 12, 2007, petitioner filed his Notice of Appeal of the denial of his habeas petition, see Docket No. 27, and the United States Court of Appeals for the First Circuit assigned it No. 07-2129. See Docket No. 30.

Now before the Court is petitioner's Motion for Leave to Proceed With His Appeal In Forma Pauperis Pursuant to F.R.A.P. 24(a)(3). See Docket No. 31. In support of the motion, petitioner submitted an affidavit accompanied by his prison account statement. Id.

Generally, "any court of the United States may authorize the commencement, prosecution or defense of any ... appeal ... without prepayment of fees and costs or security therefor, by a

person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a)(1).  A party that desires to proceed in forma pauperis on an appeal from the dismissal of a habeas corpus petition must typically file a motion with the district court and attach an affidavit explaining why the court should allow him to do so.  See Fed. R. App. P. 24(a)(1).

The instant motion reveals that petitioner is incarcerated at the Old Colony Correctional Center and has limited income.  The prison account statement dated July 24, 2007, which accompanies his motion reveals an account balance of $198.80 in his personal account.  On this record, I find that petitioner is unable to pay the $455 filing fee for his appeal and is entitled to proceed in forma pauperis.

ORDER

Accordingly, it is hereby

ORDERED, that petitioner's Motion for Leave to Appeal In Forma Pauperis (Docket No. 31) is granted; and it is further

ORDERED, that the Clerk transmit this Order as a supplemental record to the First Circuit Court of Appeals.

SO ORDERED.

| October 3, 2007 | /s/ Joseph L. Tauro |
|---|---|
| DATE | JOSEPH L. TAURO |
| | UNITED STATES DISTRICT JUDGE |